UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-02189-DDP-SP | Date | May 7, 2021 |
|---|---|---|---|

| Title | Berkley National Insurance Company v. City of San Bernardino et al |
|---|---|

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS ) ORDER

In light of the Stipulation for Settlement filed May 6, 2021, the Court sets a hearing on Order to Show Cause Re Dismissal for June 7, 2021 at 10:00 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | PG | | |